B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cousins, Candice** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**xxx-xx-5202** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**7521 S Honore Street**<br>**Chicago, IL 60620** | ZIP CODE<br>**60620-0000** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIP CODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cook** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | ZIP CODE | Mailing Address of Joint Debtor (if different from street address): | ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above): |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☒ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:   **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☒ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>--------------------------------<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**F I L E D**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
DEC 2 7 2013
KENNETH S. GARDNER, CLERK
PS REP. - MBM

**Estimated Number of Creditors**

| ☐<br>1-49 | ☐<br>50-99 | ☒<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☒<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Candice Cousins** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____  **December 27, 2013**<br>Signature of Attorney for Debtor(s)       Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

| Voluntary Petition
*(This page must be completed and filed in every case)* | Name of Debtor(s):
**Candice Cousins** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |

Signature(s) of Debtor(s) (Individual/Joint):

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor **Candice Cousins**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)
**December 27, 2013**
Date

Signature of a Foreign Representative:

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(c); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Candice Cousins**                                Case No. _____

Debtor(s)            Chapter    **7**    _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    _Candice Cousins_

Date:    **December 27, 2013**

B6 Summary (Form 6 - Summary)  (12/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Candice Cousins**

_____

Debtor(s)

Case No. _____

Chapter   **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 3 | $6,716.58 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $69,177.21 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $11,789.10 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | $185,195.53 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 4 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $2,118.17 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $1,465.00 |
| **TOTAL** | | 49 | $6,716.58 | $266,161.84 | |

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Candice Cousins**

Debtor(s)

Case No.
Chapter   7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $11,789.10 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $75,968.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $87,757.10 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $2,118.17 |
| Average Expenses (from Schedule J, Line 22) | $1,465.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $3,069.81 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $50,951.29 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $11,581.20 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $207.90 |
| 4. Total from Schedule F | | $185,195.53 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $236,354.72 |

B6A (Official Form 6A) (12/07)

In re    **Candice Cousins**                              Case No.               

                                         Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and<br>Location of<br>Property | Nature of Debtor's<br>Interest in Property | Husband<br>Wife<br>Joint<br>or<br>Comm-<br>unity | Current Value<br>of Debtor's Interest in<br>Property, without<br>Deducting any Secured<br>Claim<br>or Exemption | Amount of<br>Secured<br>Claim |
|---|---|---|---|---|
| **None** | | - | $0.00 | $0.00 |
| | | Total: | $0.00 | |
| | | | (Report also on Summary of Schedules) | |

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

In re   **Candice Cousins**
_____
                Debtor(s)

Case No. _____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on this schedule. List them in **Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | **On person** | - | $15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank Acct #XXXXX-6825** | - | $41.00 |
| | | **Healthcare Association Credit Union -- savings account #XX-7059** | - | $10.58 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Bedroom set and mattress (6 yrs old), 32" television (4 yrs old) and misc. household items (none worth more than $200.00)** | - | $750.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Text books, pictures and collectibles** | - | $180.00 |
| 6. Wearing apparel. | | **Necessary everyday clothing** | - | $500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

B 6B (Official Form 6B) (12/07) - Cont.

| In re | Candice Cousins | | Case No. | |
|---|---|---|---|---|
| | **Debtor** | | | **(If known)** |

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) plan | - | $3,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) - Cont.

In re    Candice Cousins
_____    Case No. _____
Debtor    (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest In Property, With-Out Deducting Any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2010 Nissan Sentra | - | $0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Wages held by debtor's employer, Fresenius Medical Care, pursuant to wage garnishment. | - | $2,220.00 |

Total >    $6,716.58

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

B6C (Official Form 6C) (04/13)

In re __**Candice Cousins**_____,  Case No. _____
              Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☒ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **On person** | 735 ILCS 5/12-1001(b) | 15.00 | 15.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Citibank Acct #XXXXX-6825** | 735 ILCS 5/12-1001(b) | 41.00 | 41.00 |
| **Healthcare Association Credit Union -- savings account #XX-7059** | 735 ILCS 5/12-1001(b) | 10.58 | 10.58 |
| **Household Goods and Furnishings** | | | |
| **Bedroom set and mattress (6 yrs old), 32" television (4 yrs old) and misc. household items (none worth more than $200.00)** | 735 ILCS 5/12-1001(b) | 750.00 | 750.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Text books, pictures and collectibles** | 735 ILCS 5/12-1001(a) | 180.00 | 180.00 |
| **Wearing Apparel** | | | |
| **Necessary everyday clothing** | 735 ILCS 5/12-1001(a) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) plan** | 735 ILCS 5/12-1006 | 3,000.00 | 3,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2010 Nissan Sentra** | 735 ILCS 5/12-1001(c) | 0.00 | 0.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Wages held by debtor's employer, Fresenius Medical Care, pursuant to wage garnishment.** | 735 ILCS 5/12-803, 740 ILCS 170/4 | 2,220.00 | 2,220.00 |
| Total: | | 6,716.58 | 6,716.58 |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
Schedule of Property Claimed as Exempt consists of 1 total page(s)

B6D (Official Form 6D) (12/07)

In re **Candice Cousins**                                                                Case No. _____
                                          Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| ACCOUNT NO. | | | | Garnishment | | | | | |
| **AmeriCash Loans LLC** **PO Box 184** **Des Plaines, IL 60016** | | N | A | | | | | | |
| | | | | VALUE                    $850.00 | | | | $3,038.16 | $2,188.16 |
| ACCOUNT NO. **xxxxx5202** | | | | | | | | | |
| **AmeriCash Loans LLC** **3200 W 159th Street** **Markham, IL 60428** | | N | A | | | | | | |
| | | | | VALUE                      $0.00 | | | | $3,285.36 | $0.00 |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Candice Cousins**

Debtor(s)

Case No. _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx6292** <br><br> **Capital One Auto Finance** <br> PO Box 60511 <br> City of Industry, CA 91716-0511 | X | N A | 09/01/10 <br><br> 2010 Nissan Sentra <br><br> VALUE        $0.00 | | | | $13,413.00 | $13,413.00 |
| ACCOUNT NO. <br><br> **Genetos Retson & Yoon LLP** <br> 8585 Broadway <br> Suite 480 <br> Merrillville, IN 46410 | | N A | Judgment Lien <br><br> VALUE        $0.00 | | | | $2,843.99 | $2,843.99 |
| ACCOUNT NO. <br><br> **HBLC, Inc.** <br> 2615 3 Oaks Road <br> Suite 1C2 <br> Cary, IL 60013-6119 | | N A | Judgment Lien <br><br> VALUE        $0.00 | | | | $0.00 | $0.00 |
| ACCOUNT NO. <br><br> **Hidden Creek Apartments** <br> 8118 International Drive <br> Crown Point, IN 46307 | | N A | Judgment Lien <br><br> VALUE        $0.00 | | | | $2,843.99 | $2,843.99 |
| ACCOUNT NO. <br><br> **Indiana Dept of Revenue** | | N A | Judgment Lien <br><br> VALUE        $0.00 | | | | $278.00 | $278.00 |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Candice Cousins**
_____
Debtor(s)

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| ACCOUNT NO. **xxx-xxx6027**<br><br>QC Financial Services, Inc.<br>8502 S Cicero<br>Burbank, IL 60459 | | N | A | 09/24/10<br><br>Garnishment<br><br>VALUE          $900.00 | | | | $2,264.02 | $1,364.02 |
| ACCOUNT NO.<br><br>Steven Fink & Assoc. PC<br>421 N Northwest Hwy<br>Rm 201<br>Barrington, IL 60010 | | N | A | Garnishment<br><br>VALUE          $0.00 | | | | $1,033.34 | Unknown |
| ACCOUNT NO. **xxxxx5202**<br><br>U.S. Dept. of Educ. Natl Pymt Ctr<br>PO Box 105081<br>Atlanta, GA 30348 | | N | A | Judgment Lien<br><br>VALUE          $0.00 | | | | $25,052.15 | $25,052.15 |
| ACCOUNT NO. **xxxxx9103**<br><br>U.S. Dept. of Education Direct Loan<br>PO Box 5202<br>Greenville, TX 75403-5202 | | N | A | VALUE          $0.00 | | | | Unknown | Unknown |
| ACCOUNT NO. **xx1895**<br><br>Van Ru Credit Corporation<br>Dept 96316<br>PO Box 1259<br>Oaks, PA 19456 | | N | A | Collections for U.S. Dept of Education<br><br>VALUE          $12,157.22 | | | | $15,125.20 | $2,967.98 |
| | | | | Total(s)<br>(Use only on last page) | | | | $69,177.21 | $50,951.29 |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Candice Cousins**

Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above*) | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| | | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 4 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (04/13)

In re   **Candice Cousins**
_____,
Debtor(s)

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Sheet 1 of 6 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re   **Candice Cousins**
_____
Debtor(s)

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. §507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are  subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Sheet 2 of 6 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (04/13) - Cont.

In re  **Candice Cousins**  _____  Case No. _____

Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1750** | | | | | | | | | |
| City of Chicago Dept of Finance 33 N LaSalle Street Suite 700 Chicago, IL 60602 | X | N A | 06/24/12 Parking tickets | | | | $300.00 | 0.00 | $300.00 |
| Account No. **xxxxxx7500** | | | | | | | | | |
| City of Chicago Dept of Finance 33 N LaSalle Street Suite 700 Chicago, IL 60602 | X | N A | 06/23/13 Parking tickets | | | | $100.00 | 0.00 | $100.00 |
| Account No. **xxxxxxx0272** | | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | 04/26/13 Toll violation | | | | $85.10 | 0.00 | $85.10 |
| Account No. **xxxxxxx9492** | | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | 04/30/13 Toll violation | | | | $286.00 | 0.00 | $286.00 |
| Account No. **xxxxxxx7972** | | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | 04/29/13 Toll violation | | | | $1,215.10 | 0.00 | $1,215.10 |
| Account No. **xxxxxxx7972** | | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | 04/29/13 Toll violation | | | | $1,215.10 | 0.00 | $1,215.10 |
| Account No. **xxxxxxx7286** | | | | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | 06/28/13 Toll violation | | | | $64.50 | 0.00 | |

Sheet 3 of 6 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

Best Case Bankruptcy

B6E (Official Form 6E) (04/13) - Cont.

In re **Candice Cousins**

Debtor(s)

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | | |
| | | J | C | | | | | | | |
| | | | | | | | | | | $64.50 |
| Account No. xxxxxxx1062 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 03/29/13 <br><br> Toll violation | | | | $1,430.00 | 0.00 | $1,430.00 |
| Account No. xxxxxxx0627 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 07/08/13 <br><br> Toll violation | | | | $713.00 | 0.00 | $713.00 |
| Account No. xxxxxxx8769 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 11/29/12 <br><br> Toll violation | | | | $687.30 | 0.00 | $687.30 |
| Account No. xxxxxxx7646 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 04/16/13 <br><br> Toll violation | | | | $572.00 | 0.00 | $572.00 |
| Account No. xxxxxxx7827 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | | N | A | 03/15/13 <br><br> Toll violation | | | | $365.10 | 0.00 | $365.10 |
| Account No. xxxxxxx6976 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 03/04/13 <br><br> Toll violation | | | | $430.00 | 0.00 | $430.00 |
| Account No. xxxxxxx0667 <br><br> Illinois Tollway <br> PO Box 5201 <br> Lisle, IL 60532-5201 | X | N | A | 04/12/13 <br><br> Toll violation | | | | $150.50 | 0.00 | |

Sheet 4 of 6 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (04/13) - Cont.

In re **Candice Cousins**
_____
Debtor(s)

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W/J/C | | | | | | | |
| | | | | | | | | | | $150.50 |
| Account No. xxxxxxx9707 | | | | 05/02/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $193.50 | | $193.50 |
| Account No. xxxxxxx2789 | | | | 04/23/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $85.60 | | $85.60 |
| Account No. xxxxxxx0460 | | | | 04/16/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $1,430.00 | | $1,430.00 |
| Account No. xxxxxxx2600 | | | | 03/22/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $172.00 | | $172.00 |
| Account No. xxxxxxx6069 | | | | 04/04/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $86.00 | | $86.00 |
| Account No. xxxxxxx7384 | | | | 1/27/12 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $707.70 | | $707.70 |
| Account No. xxxxxxx5251 | | | | 12/05/12 | | | | | | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N | A | Toll violation | | | | $215.00 | 0.00 | |

Sheet 5 of 6 total sheets in Schedule of
Creditors Holding Unsecured Priority Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (04/13) - Cont.

In re **Candice Cousins**                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**
Type of Priority

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $215.00 |
| Account No. **xxxxxxx7678** | | | 07/02/13 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | X | N A | Toll violation | | | | $129.00 | | $129.00 |
| Account No. **xxxxxxx6207** | | | 07/05/12 | | | | | 0.00 | |
| Illinois Tollway PO Box 5201 Lisle, IL 60532-5201 | | N A | Toll violation | | | | $449.70 | | $449.70 |
| Account No. | | | 04/08 | | | | | 207.90 | |
| Internal Revenue Service Centralized Insolvency Operations PO BOX 21126 Philadelphia, PA 19114 | X | N A | 08 Taxes | | | | $706.90 | | $499.00 |

| | | |
|---|---|---|
| Subtotals: (Totals of this page) | 11,789.10 | 207.90 / 11,581.20 |
| Total: (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | 11,789.10 | |
| Totals: (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. | | 207.90 / 11,581.20 |

Sheet 6 of 6 total sheets in  Schedule of
Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re **Candice Cousins**                                                     Case No. _____
                                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxxx5135**  **Allied Interstate** 3000 Corporate Exchange Dr Fl 5 Columbus, OH 43231-7689 | | N A | | 06/11  Collections for JCP/GE Money Bank (same debt as Midland Funding) | | | | 1,218.89 |
| ACCOUNT NO. **xxxxx0539**  **Allied Interstate** 3000 Corporate Exchange Dr Fl 5 Columbus, OH 43231-7689 | | N A | | 4/11  Collections for Sprint | | | | 832.10 |
| ACCOUNT NO.  **AmeriCash Loans LLC** PO Box 184 Des Plaines, IL 60016 | | N A | | 01/30/13  Civil judgement | | | | 3,285.36 |

Sheet  1 of 23 total sheets in Schedule of Creditors Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Candice Cousins**                                    Case No    _____
                     Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| ACCOUNT NO. **x1628**<br><br>**AmeriCash Loans LLC**<br>**3200 W 159th Street**<br>**Markham, IL 60428** | | N<br>A | | | **01/11**<br><br>**Personal loan** | | | | 2,153.08 |
| ACCOUNT NO.<br><br>**Anderson Financial Network**<br>**PO Box 1247**<br>**Prospect, KY 40059** | | N<br>A | | | **Personal loan** | | | | 832.00 |
| ACCOUNT NO. **xx-xxxxx2929**<br><br>**Armor Systems Corporation**<br>**1700 Kiefer Drive**<br>**Suite 1**<br>**Zion, IL 60099-5105** | | N<br>A | | | **07/01/13**<br><br>**Medical bill/collections for**<br>**University Anesthesiologists** | | | | 190.00 |
| ACCOUNT NO. **xxXXXX**<br><br>**ATG Credit**<br>**1700 W Cortland Street**<br>**Suite 201**<br>**Chicago, IL 60622** | | N<br>A | | | **10/1/09**<br><br>**Collections** | | | | 337.00 |
| ACCOUNT NO. **xxxxxx7858**<br><br>**Bank of America NA**<br>**11333 McCormick Road**<br>**Hunt Valley, MD 21032** | | N<br>A | | | **Notice only** | | | | 0.00 |
| ACCOUNT NO. **0544**<br><br>**Chase bank**<br>**340 S Cleveland Ave**<br>**Bldg 370**<br>**Westerville, OH 43081** | | N<br>A | | | **01/01/10**<br><br>**Account fees** | | | | 454.29 |

Sheet  2 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

12/27/13 10:38AM

B6F (Official Form 6F) (12/07) - Cont.

In re **Candice Cousins**                                                                     Case No _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxxx0544**<br><br>**Chase Bank**<br>**340 S Cleveland Ave**<br>**Bldg 370**<br>**Westerville, OH 43081** | | N A | | 08/08/13<br><br>**Overdraft fees** | | | | 454.29 |
| ACCOUNT NO. **xxxxxx9047**<br><br>**ComEd**<br>**P.O. Box 6111**<br>**Carol Stream, IL 60197-6111** | | N A | | 07/01/2012<br><br>**Utility services** | | | | 434.55 |
| ACCOUNT NO. **xxxxxxXXXX**<br><br>**Comenity Bank/ValCtyFr**<br>**PO Box 182789**<br>**Columbus, OH 43218-2273** | | N A | | 10/1/03<br><br>**Credit card purchases** | | | | 1,200.00 |
| ACCOUNT NO. **xxxxxxx2044**<br><br>**Computer Credit, Inc.**<br>**640 West 4th St - PO Box 5238**<br>**Winston.Salem, NC 27113** | | N A | | 08/21/12<br><br>**Same debt as assigned to Medical Recovery Specialists LLC (Notice only)** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxx2046**<br><br>**Computer Credit, Inc.**<br>**640 West 4th St - PO Box 5238**<br>**Winston.Salem, NC 27113** | | N A | | 09/21/12<br><br>**Collections for Rush University Medical Center** | | | | 59.46 |
| ACCOUNT NO. **xxxxxx2033**<br><br>**Computer Credit, Inc.**<br>**640 West 4th St - PO Box 5238**<br>**Winston.Salem, NC 27113** | | N A | | 03/22/12<br><br>**Collections for Rush Oak Park Hospital** | | | | 49.50 |

Sheet 3 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Candice Cousins**                                                    Case No  _____
                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxxx2044**  Computer Credit, Inc. 640 West 4th St - PO Box 5238 Winston.Salem, NC 27113 | | N A | | 08/21/12  **Collections for Rush Oak Park Hospital** | | | | 34.29 |
| ACCOUNT NO. **xxxxxxx2050**  Computer Credit, Inc. 640 West 4th St - PO Box 5238 Winston.Salem, NC 27113 | | N A | | 04/24/13  **Collections for Rush Oak Park Hospital** | | | | 150.00 |
| ACCOUNT NO. **xxxxxxx2044**  Computer Credit, Inc. 640 West 4th St - PO Box 5238 Winston.Salem, NC 27113 | | N A | | 08/21/12  **Notice only** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxx2042**  Computer Credit, Inc. 640 West 4th St - PO Box 5238 Winston.Salem, NC 27113 | | N A | | 07/19/12  **Same debt as Medical Recovery Specialists LLC (Notice only)** | | | | 0.00 |
| ACCOUNT NO. **xxxxXXXX**  Credit Collection Services PO Box 9136 Needham Heights, MA 02494 | | N A | | 0613  **Collections for ComEd** | | | | 468.00 |
| ACCOUNT NO. **xxxx0102**  Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | N A | | **Collections for Sallie Mae** | | | | 40,081.65 |

Sheet  4 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Candice Cousins**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| ACCOUNT NO. xxxxxxxxXXXX | | N A | | | 10/1/09 Collections | | | | |
| Custom Coll Srvc Inc 55 E 86th Ave Merrillville, IN 46410 | | | | | | | | | 556.00 |
| ACCOUNT NO. xx8165 | | N A | | | 11/12 Collections for City Colleges of Chicago | | | | |
| Enterprise Recovery Systems, Inc. 2000 York Road Suite 114 Oak Brook, IL 60523 | | | | | | | | | 552.00 |
| ACCOUNT NO. xxxxxxxxxxXXXX | | N A | | | 1/1/13 Credit card purchases | | | | |
| FND Omaha 1620 Dodge Street Omaha, NE 68197-0003 | | | | | | | | | 1,340.00 |
| ACCOUNT NO. xxxxx4805 | | N A | | | 06/07/09 Notice only | | | | |
| Gary Methodist Hospital Southlake C 8701 Broadway Merrillville, IN 46410 | | | | | | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxx5135 | | N A | | | Notice only | | | | |
| GE Money Bank | | | | | | | | | 0.00 |
| ACCOUNT NO. xxxxxxxxxxxxXXXX | | N A | | | 12/1/03 Credit card purchases | | | | |
| GECRB/JCP PO Box 965007 Orlando, FL 32896-5007 | | | | | | | | | 300.00 |

Sheet  5 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Candice Cousins**                                                    Case No _____

Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO.<br><br>**Hidden Creek Apartments** | | N A | | | | | | 2,843.99 |
| ACCOUNT NO. **xxxxXXXX**<br><br>**Illinois Collection Service**<br>**8231 185th Street**<br>**Tinley Park, IL 60487** | | N A | | 7/1/10<br><br>**Collections** | | | | 67.00 |
| ACCOUNT NO.<br>**xxxxxxxxxxxxxxxxxxXXXX**<br><br>**Illinois Student Asst Commission**<br>**1755 Lake Cook Rd #K6**<br>**Deerfield, IL 60015-5215** | | N A | | 11/1/07<br><br>**Collections for PHEAA** | | | | 941.00 |
| ACCOUNT NO. **xxxxxWHRA**<br><br>**JDT Medical Billing LTD**<br>**60007 Eagle Way**<br>**Chicago, IL 60678-1360** | | N A | | 11/27/12<br><br>**Medical services** | | | | 36.20 |
| ACCOUNT NO. **xxxxxxxxx4400**<br><br>**Medical Recovery Specialists LLC**<br>**2250 E Devon Ave**<br>**Suite 352**<br>**Des Plaines, IL 60018-4521** | | N A | | 08/21/12<br><br>**Same debt as Computer Credit Inc. (Notice only)** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxx1500**<br><br>**Medical Recovery Specialists LLC**<br>**2250 E Devon Ave**<br>**Suite 352**<br>**Des Plaines, IL 60018-4521** | | N A | | 08/2411<br><br>**Collections for Rush University Medical Center - 2** | | | | 30.00 |

Sheet  6 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. xxxxxxxxx4200 | | | | 07/19/12 | | | | |
| **Medical Recovery Specialists LLC** 2250 E Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | N A | | **Collections for Rush Oak Park Hospital** | | | | 97.09 |
| ACCOUNT NO. xxxxxxxxxx3300 | | | | 03/22/12 | | | | |
| **Medical Recovery Specialists LLC** 2250 E Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | N A | | **Collections for Rush Oak Park Hospital** | | | | 49.50 |
| ACCOUNT NO. xxxxxxxxx3100 | | | | 03/20/12 | | | | |
| **Medical Recovery Specialists LLC** 2250 E Devon Ave Suite 352 Des Plaines, IL 60018-4521 | | N A | | **Collections for Rush Oak Park Hospital** | | | | 280.84 |
| ACCOUNT NO. xxxxxxxxxxx0001 | | | | 04/11 | | | | |
| **Merchants Credit Guide Co.** 223 W Jackson Blvd Suite 700 Chicago, IL 60606 | | N A | | **Collections for Verizon Wireless** | | | | 1,221.60 |
| ACCOUNT NO. xxxxx4446 | | | | 04/11/13 | | | | |
| **Midland Credit Management, Inc.** PO Box 60578 Los Angeles, CA 90060-0578 | | N A | | **Collections for GE Money Bank** | | | | 1,218.89 |
| ACCOUNT NO. xxxxxxXXXX | | | | 3/1/13 | | | | |
| **Midland Funding** 8875 Aero Drive Suite 200 San Diego, CA 92123 | | N A | | **Collections for EG Money Bank** | | | | 1,219.00 |

Sheet  7 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Candice Cousins**                                                    Case No _____

                                     Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO. xxxxx2550**<br><br>**MQC Collection Services, Inc.**<br>PO Box 140700<br>Toledo, OH 43614 | | N A | | | 04/24/13<br><br>**Collections for University Pathologists** | | | | 37.20 |
| **ACCOUNT NO. xxxx8981**<br><br>**MRS BPO LLC**<br>1930 Olney Avenue<br>Cherry Hill, NJ 08003 | | N A | | | 10/08/12<br><br>**Collections for Bank of America** | | | | 173.30 |
| **ACCOUNT NO. xxxxxxxx0693**<br><br>**Nationwide Credit & Collection, Inc**<br>P.O. Box 3159<br>Oakbrook, IL 60522-3159 | | N A | | | 09/12/12<br><br>**Collections for Rush University Medical Center** | | | | 59.46 |
| **ACCOUNT NO. xxxxxxxx1950**<br><br>**Nationwide Credit & Collection, Inc**<br>P.O. Box 3159<br>Oakbrook, IL 60522-3159 | | N A | | | 09/17/12<br><br>**Collections for Rush University Medical Group** | | | | 25.00 |
| **ACCOUNT NO. xxxxxxxx7790**<br><br>**Nationwide Credit & Collection, Inc**<br>P.O. Box 3159<br>Oakbrook, IL 60522-3159 | | N A | | | 02/18/13<br><br>**Collections for Rush University Medical Center** | | | | 220.52 |
| **ACCOUNT NO. xxxxxxxx7791**<br><br>**Nationwide Credit & Collection, Inc**<br>P.O. Box 3159<br>Oakbrook, IL 60522-3159 | | N A | | | 03/11/13<br><br>**Collections for Rush University Medical Center** | | | | 127.87 |

Sheet  8 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Candice Cousins**                                                          Case No _____

_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| ACCOUNT NO. **xxxxxxxx0099**<br><br>**Nationwide Credit & Collection, Inc**<br>**815 Commerce Drive**<br>**Suite 270**<br>**Oak Brook, IL 60523** | | N A | **03/30/12**<br><br>**Collections for Rush Oak Park Hospital** | | | | 2,288.96 |
| ACCOUNT NO. **xxxxxxx4619**<br><br>**Nationwide Credit & Collection, Inc**<br>**815 Commerce Drive**<br>**Suite 270**<br>**Oakbrook, IL 60522** | | N A | **05/08/12**<br><br>**Collections for Rush University Medical Group** | | | | 100.00 |
| ACCOUNT NO. **xxxxxxx9836**<br><br>**Nationwide Credit & Collection, Inc**<br>**815 Commerce Drive**<br>**Suite 100**<br>**Oak Brook, IL 60523** | | N A | **07/22/10**<br><br>**Collections for Rush Oak Park Hospital** | | | | 169.32 |
| ACCOUNT NO. **xxxxxxxx7858**<br><br>**NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | N A | **08/05/12**<br><br>**Collections for Bank of America** | | | | 555.95 |
| ACCOUNT NO. **xxxx1112**<br><br>**NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** | X | N A | **07/26/13**<br><br>**Collections for Illinois State Toll Hwy Authority** | | | | 285.60 |

Sheet  9 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**

Case No _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx1972** <br><br> **NCO Financial Systems, Inc.** <br> **600 Holiday Plaza Drive** <br> **Suite 300** <br> **Matteson, IL 60443** | X | N A | **07/26/13** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 643.50 |
| ACCOUNT NO. **xxxx1113** <br><br> **NCO Financial Systems, Inc.** <br> **600 Holiday Plaza Drive** <br> **Suite 300** <br> **Matteson, IL 60443** | X | N A | **07/26/13** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 285.10 |
| ACCOUNT NO. **xxxx5652** <br><br> NCO Financial Systems, Inc. <br> 600 Holiday Plaza Drive <br> Suite 300 <br> Matteson, IL 60443 | | N A | **05/10/11** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 141.10 |
| ACCOUNT NO. **xxxx7286** <br><br> NCO Financial Systems, Inc. <br> 600 Holiday Plaza Drive <br> Suite 300 <br> Matteson, IL 60443 | X | N A | **07/26/13** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 498.80 |
| ACCOUNT NO. **xxxx0842** <br><br> **NCO Financial Systems, Inc.** <br> **600 Holiday Plaza Drive** <br> **Suite 300** <br> **Matteson, IL 60443** | X | N A | **07/26/13** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 500.50 |

Sheet 10 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx7286** <br><br> **NCO Financial Systems, Inc.** <br> **600 Holiday Plaza Drive** <br> **Suite 300** <br> **Matteson, IL 60443** | X | N A | **07/26/13** <br><br> **Collections for Illinois State Toll Hwy Authority** | | | | 498.80 |
| ACCOUNT NO. **xxxx9594** <br><br> **NCO Financial Systems, Inc.** <br> **PO Box 15618** <br> **Wilmington, DE 19850-5618** | | N A | **05/19/11** <br><br> **Collections for Illinois Student Assistance Commission** | | | | 1,180.62 |
| ACCOUNT NO. **xxxxxxXXXX** <br><br> **Nordstrom FSB** <br> **PO Box 13589** <br> **Scottsdale, AZ 85267-3589** | | N A | **4/1/01** <br><br> **Credit card purchases (Charge-off)** | | | | 575.00 |
| ACCOUNT NO. **xxx xxx0351** <br><br> **Oak Park Physician Group** <br> **1730 Park Street** <br> **Suite 101** <br> **Naperville, IL 60563-1290** | | N A | **08/26/11** <br><br> **Medical services** | | | | 111.80 |
| ACCOUNT NO. **xxx0068** <br><br> **Partners In Womens Health** <br> **610 S Maple** <br> **Suite 3600** <br> **Oak Park, IL 60304** | | N A | **05/11/11** <br><br> **Medical services** | | | | 233.00 |

Sheet 11 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**                                                    Case No _____

_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx5954**<br><br>**Penn Credit Corporation**<br>**PO Box 988**<br>**Harrisburg, PA 17104** | | N A | 10/09/12<br><br>**Collections for Cook County Circuit Court** | | | | 156.00 |
| ACCOUNT NO. **xxxxxxxxxxxxxxxXXXX**<br><br>**PHEAA/SLMA**<br>**PO Box 2461**<br>**Harrisburg, PA 17105-2461** | | N A | 11/01/07<br><br>**Notice only** | | | | 0.00 |
| ACCOUNT NO. **xxxxxxxxxxxxxXXXX**<br><br>**PHEAA/SLMA**<br>**PO Box 2461**<br>**Harrisburg, PA 17105-2461** | | N A | 02/04<br><br>**Student loans** | | | | 875.00 |
| ACCOUNT NO. **xxxxx9449**<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA 23541-0914** | | N A | 02/26/13<br><br>**Collections for US Cellular** | | | | 732.13 |
| ACCOUNT NO. **xxxxx9449**<br><br>**Portfolio Recovery Associates, LLC**<br>**PO Box 12914**<br>**Norfolk, VA 23541-0914** | | N A | 02/11<br><br>**Collections for US Cellular** | | | | 732.13 |
| ACCOUNT NO. **xxx-xxx7392**<br><br>**QC Financial Services, Inc.**<br>**8502 S Cicero**<br>**Burbank, IL 60459** | | N A | 03/07/11<br><br>**Payday loan** | | | | 303.45 |

Sheet 12 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**
_____
Debtor(s)

Case No   _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| ACCOUNT NO. **xxx-xxx7392** | | | | | 01/15/11 | | | | |
| **QC Financial Services, Inc. 8502 S Cicero Burbank, IL 60459** | | N | A | | **Personal loan** | | | | 980.07 |
| ACCOUNT NO. **xxxxx8882** | | | | | 09/17/12 | | | | |
| **Quest Diagnostics PO Box 7306 Hollister, MO 65673-7306** | | N | A | | **Medical services** | | | | 27.50 |
| ACCOUNT NO. **xxxxx6882** | | | | | 09/17/12 | | | | |
| **Quest Diagnostics PO Box 7306 Hollister, MO 65673-7306** | | N | A | | **Medical services** | | | | 27.50 |
| ACCOUNT NO. **xxx xxx7354** | | | | | 04/17/11 | | | | |
| **Radiology Consultants, LTD 1730 Park Street Suite 101 Naperville, IL 60563-1290** | | N | A | | **Medical services** | | | | 10.00 |
| ACCOUNT NO. **xxx xxx7354** | | | | | 04/17/11 | | | | |
| **Radiology Consultants, LTD 1730 Park Street Suite 101 Naperville, IL 60563-1290** | | N | A | | **Medical services** | | | | 34.20 |
| ACCOUNT NO. **xxx xxx7354** | | | | | 07/02/11 | | | | |
| **Radiology Consultants, LTD 1730 Park Street Suite 101 Naperville, IL 60563-1290** | | N | A | | **Medical services** | | | | 35.60 |

Sheet 13 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Candice Cousins**                                              Case No
                                 Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| ACCOUNT NO. **xxxxxx9021** | | N | A | | 07/07/07 | | | | |
| **RGS Collections** PO BOX 852039 Richardson, TX 75085-2039 | | | | | **Collections for Nordstroms** | | | | 573.43 |
| ACCOUNT NO. **xx-xxxx9688** | | N | A | | 04/17/11 | | | | |
| **Rush Oak Park ER Physicians Department 4672** Carol Stream, IL 60122-4672 | | | | | **Medical services** | | | | 61.80 |
| ACCOUNT NO. **xxxxxxx2042** | | N | A | | 07/19/12 | | | | |
| **Rush Oak Park Hospital** 26099 Network Place Chicago, IL 60673-1260 | | | | | **Medical services** | | | | 2,750.68 |
| ACCOUNT NO. **xxxxxxx2041** | | N | A | | 07/16/12 | | | | |
| **Rush Oak Park Hospital** 26099 Network Place Chicago, IL 60673-1260 | | | | | **Medical services** | | | | 114.21 |
| ACCOUNT NO. **xxxxx0512** | | N | A | | 04/17/11 | | | | |
| **Rush Oak Park Hospital** 520 South Maple Avenue Oak Park, IL 60304-0197 | | | | | **Medical services** | | | | 441.95 |
| ACCOUNT NO. **xxxxxx2031** | | N | A | | 03/20/12 | | | | |
| **Rush Oak Park Hospital Department 4667** Carol Stream, IL 60122-4667 | | | | | **Same debt in collections with Nationwide Credit & Collection Inc.** | | | | 0.00 |

Sheet 14 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Candice Cousins**
_____
Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxxxxxx2050** | | N A | | 04/24/13 <br><br> Medical services | | | | 2,900.68 |
| **Rush Oak Park Hospital** <br> **26099 Network Place** <br> **Chicago, IL 60673-1260** | | | | | | | | |
| ACCOUNT NO. **xxxxxxx2050** | | N A | | 04/24/13 <br><br> Medical services | | | | 2,922.68 |
| **Rush Oak Park Hospital** <br> **26099 Network Place** <br> **Chicago, IL 60673-1260** | | | | | | | | |
| ACCOUNT NO. **xxxxx4331** | | N A | | 04/21/11 <br><br> Medical services | | | | 42.51 |
| **Rush Oak Park Hospital** <br> **520 South Maple Avenue** <br> **Oak Park, IL 60304-0197** | | | | | | | | |
| ACCOUNT NO. **xx-xxxx9688** | | N A | | 04/17/11 <br><br> Medical services | | | | 31.00 |
| **Rush Oak Park Hospital ER** <br> **Physician** <br> **Department 4672** <br> **Carol Stream, IL 60122-4672** | | | | | | | | |
| ACCOUNT NO. **xxxxxxx2047** | | N A | | 02/18/13 <br><br> Medical services | | | | 437.85 |
| **Rush University Medical Center** <br> **1700 W Van Buren Street** <br> **Chicago, IL 60612-3244** | | | | | | | | |
| ACCOUNT NO. **xxxxxxx2051** | | N A | | 06/04/13 <br><br> Medical services | | | | 451.85 |
| **Rush University Medical Center** <br> **1700 W Van Buren Street** <br> **Chicago, IL 60612-3244** | | | | | | | | |

Sheet 15 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __**Candice Cousins**_____
        Debtor(s)

Case No _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxxx2032**<br><br>**Rush University Medical Center**<br>**1700 W Van Buren Street**<br>**Chicago, IL 60612-3244** | N A | | **03/22/12**<br><br>**Medical services** | | | | 37.38 |
| ACCOUNT NO. **xxxxxx2051**<br><br>**Rush University Medical Center**<br>**1700 W Van Buren Street**<br>**Chicago, IL 60612-3244** | N A | | **06/04/13**<br><br>**Medical services** | | | | 14.00 |
| ACCOUNT NO. **xx xx0090**<br><br>**Rush University Medical Group**<br>**75 Remittance Dr Dept 1611**<br>**Chicago, IL 60675-1611** | N A | | **02/18/13**<br><br>**Medical services** | | | | 195.00 |
| ACCOUNT NO. **xx0090**<br><br>**Rush University Medical Group**<br>**75 Remittance Dr**<br>**Suite 1611**<br>**Chicago, IL 60675-1611** | N A | | **09/17/12**<br><br>**Medical services** | | | | 25.00 |
| ACCOUNT NO. **xx xx0090**<br><br>**Rush University Medical Group**<br>**75 Remittance Dr Dept 1611**<br>**Chicago, IL 60675-1611** | N A | | **05/08/12**<br><br>**Medical services** | | | | 100.00 |
| ACCOUNT NO. **xxxxxxxxxxxXXXX**<br><br>**Sallie Mae**<br>**PO Box 9635**<br>**Wilkes Barre, PA 18773-9635** | N A | | **12/1/04**<br><br>**Student loans** | | | | 7,215.00 |

Sheet 16 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re __Candice Cousins__                 Case No _____

                        Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxxXXXX<br><br>Sallie Mae<br>PO Box 9655<br>Wilkes Barre, PA 18773 | | N A | 01/01/05<br><br>Student loans (Charge-off) | | | | 2,558.00 |
| ACCOUNT NO. xxxxxxxxxxxxXXXX<br><br>Sallie Mae<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | | N A | 1/1/05<br><br>Student loans | | | | 7,149.00 |
| ACCOUNT NO. xxxxxxxxxxxxXXXX<br><br>Sallie Mae<br>PO Box 9655<br>Wilkes Barre, PA 18773-9635 | | N A | 2/1/04<br><br>Student loans (Charge-off) | | | | 8,318.00 |
| ACCOUNT NO. xxxxxxxxxxxxXXXX<br><br>Sallie Mae<br>PO Box 9635<br>Wilkes Barre, PA 18773-9635 | | N A | 09/01/05<br><br>Student loans (Charge-off) | | | | 3,755.00 |
| ACCOUNT NO. xxxxxxxxxxxxXXXX<br><br>Sallie Mae<br>PO Box 9655<br>Wilkes Barre, PA 18773-9635 | | N A | 12/04<br><br>Student loans (Charge-off) | | | | 2,646.00 |
| ACCOUNT NO. xxxxx4805<br><br>Senex Services Corp<br>3500 DePauw Blvd<br>Suite 3050<br>Indianapolis, IN 46268-6135 | | N A | 05/25/11<br><br>Collections | | | | 473.87 |

Sheet 17 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Candice Cousins** _____   Case No _____
                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxx9322** | | N | | 2/1/11 | | | | |
| Senex Services Corp 3500 DePauw Blvd Suite 3050 Indianapolis, IN 46268-6135 | | A | | Collections for Med1 -- 02 Gary Methodist | | | | 473.87 |
| ACCOUNT NO. **7748** | | N | | 04/08/13 | | | | |
| Shining Smiles 210 N Bolingbrook Dr Bolingbrook, IL 60440-2386 | | A | | Medical services | | | | 75.00 |
| ACCOUNT NO. **xxxxxxxxxx0001** | | N | | 12/01/11 | | | | |
| Southwest Credit 4120 International Pkwy Suite 1100 Carrollton, TX 75007-1958 | | A | | Collections for Verizon Wireless | | | | 370.14 |
| ACCOUNT NO. **xxxxx0539** | | N | | 4/11 | | | | |
| Sprint PO BOX 660075 Dallas, TX 75266-0075 | | A | | Notice only | | | | 0.00 |
| ACCOUNT NO. | | N | | 03/22/13 | | | | |
| Stevem Fink & Assoc, PC 421 N Northwestern Hwy Rm 201 Barrington, IL 60010 | | A | | Civil judgment | | | | 1,033.34 |
| ACCOUNT NO. **xx4301** | | N | | 12/14/12 | | | | |
| Synter Resource Group, LLC PO Box 63247 5395 Rivers Avenue Suite 102 North Charleston, SC 29419-3247 | | A | | Collections for UPS | | | | 58.36 |

Sheet 18 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re **Candice Cousins**

Debtor(s)

Case No

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint , or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxXXXX<br><br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 | N A | | 3/1/08<br><br>Collections | | | | 40.00 |
| ACCOUNT NO. xxxxXXXX<br><br>United Collection Bureau, Inc.<br>5620 Southwyck Blvd Ste 206<br>Toledo, OH 43614-1501 | N A | | 11/1/11<br><br>Collections for Med1 -- O2<br>University Pathologists | | | | 68.00 |
| ACCOUNT NO. xxxxx2550<br><br>University Pathologists, PC<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | N A | | 04/24/13<br><br>Notice only | | | | 0.00 |
| ACCOUNT NO. xxxxx2325<br><br>University Pathologists, PC<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | N A | | 07/02/11<br><br>Medical services | | | | 14.98 |
| ACCOUNT NO. xxxxx5863<br><br>University Pathologists, PC<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | N A | | 06/04/13<br><br>Medical services | | | | 1.35 |
| ACCOUNT NO. xxxxx1830<br><br>University Pathologists, PC<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | N A | | 09/17/12<br><br>Medical services | | | | 5.00 |

Sheet 19 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re    **Candice Cousins**                                                                 Case No _____
                                    Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxxx4093** <br><br> **University Pathologists, PC** <br> **5620 Southwyck Blvd** <br> **Toledo, OH 43614-1501** | N A | | 04/17/11 <br><br> **Medical services** | | | | 3.60 |
| ACCOUNT NO. **xxxxx5832** <br><br> **University Pathologists, PC** <br> **5620 Southwyck Blvd** <br> **Toledo, OH 43614-1501** | N A | | 04/21/11 <br><br> **Medical services** | | | | 4.50 |
| ACCOUNT NO. **xxxXXXX** <br><br> **US Dept of Ed/Gsl/Atl** <br> **PO Box 5609** <br> **Greenville, TX 75403-5609** | N A | | 9/1/01 <br><br> **Student loans** | | | | 1,613.00 |
| ACCOUNT NO. **xxxxxxXXXX** <br><br> **US Dept of Edu AFSA** <br> **PO Box 7202** <br> **Utica, NY 13504-7202** | N A | | 09/01 <br><br> **Student loans** | | | | 8,132.00 |
| ACCOUNT NO. **xxxXXXX** <br><br> **US Dept of Education** <br> **PO Box 5609** <br> **Greenville, TX 75403-5609** | N A | | 10/1/02 <br><br> **Student loans** | | | | 2,150.00 |
| ACCOUNT NO. **xxxXXXX** <br><br> **US Dept of Education** <br> **PO Box 5609** <br> **Greenville, TX 75403-5609** | N A | | 09/01 <br><br> **Student loans** | | | | 1,613.00 |

Sheet 20 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  **Candice Cousins**                                                    Case No
_____
              Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403-5609** | | N A | 11/04<br><br>**Student loans** | | | | 2,052.00 |
| ACCOUNT NO. **xxxxxxxxxxxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | N A | 09/05<br><br>**Student loans** | | | | 6,489.00 |
| ACCOUNT NO. **xxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403-5609** | | N A | 09/05<br><br>**Student loans** | | | | 3,224.00 |
| ACCOUNT NO. **xxxxxxxxxxxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | N A | 11/04<br><br>**Student loans** | | | | 4,129.00 |
| ACCOUNT NO. **xxxxxxxxxxxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | N A | 09/01<br><br>**Student loans** | | | | 3,245.00 |
| ACCOUNT NO. **xxxxxxxxxxxxXXXX**<br><br>**US Dept of Education**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | N A | 01/05<br><br>**Student loans** | | | | 2,360.00 |

Sheet 21 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __Candice Cousins__                                    Case No _____
                          Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxxxxxxxxxxXXXX US Dept of Education PO Box 7202 Utica, NY 13504-7202 | N A | | 4/1/12 Student loans | | | | 1,197.00 |
| ACCOUNT NO. xxxxxxxxxxxXXXX US Dept of Education PO Box 5609 Greenville, TX 75403 | N A | | 08/11 Student loans | | | | 4,326.00 |
| ACCOUNT NO. xxxXXXX US Dept of Education PO Box 5609 Greenville, TX 75403-5609 | N A | | 1/1/05 Student loans | | | | 1,172.00 |
| ACCOUNT NO. xx1895 Van Ru Credit Corporation PO Box 1027 Skokie, IL 60076-8027 | N A | | Collections for US Dept of Education | | | | 19,192.95 |
| ACCOUNT NO. xxxxxxxxxxxXXXX Verizon Wireless PO BOX 26055 Minneapolis, MN 55426-0055 | N A | | 12/1/11 Cell phone (Notice only) | | | | 0.00 |
| ACCOUNT NO. xxxxXXXX Wells Fargo Education Financial Srv PO Box 13667 Sacramento, CA 95853 | N A | | 2/1/04 Student loans | | | | 2,625.00 |

Sheet 22 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re   **Candice Cousins**                                                                          Case No _____

_____
Debtor(s)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | C O D E B T O R | Husband, Wife, Joint , or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF,  SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. **xxxxxxx91-03**  White Hills Cash PO Box 59527 Hays, MT 59527 | | N A | | 07/13  Personal loan | | | | 700.00 |

|  | Total | 185,195.53 |
|---|---|---|

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

Sheet 23 of 23 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6G (Official Form 6G) (12/07)

In re   **Candice Cousins**                                                                                    Case No. _____
                                                          Debtor(s)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Robert Holloway**<br>**890 Foxworth Blvd**<br>**Apt #206**<br>**Lombard, IL 60148** | **Leasee on oral month-to-month lease for debtor's residence; monthly payments of $1,058.00 (debtor's portion $600.00)** |

Sheet 1 of 1 total sheets in Schedule of
Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Candice Cousins**                                                          Case No. _____
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight years immediately preceding the commencement of this case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Glenda Cousins**<br>**7521 S Honore**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **Capital One Auto Finance**<br>**PO Box 60511**<br>**City of Industry, CA 91716-0511** |
| **Glenda Cousins**<br>**7521 S Honore Street**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |
| **Glenda Cousins**<br>**7521 S Honore Street**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |
| **Glenda Cousins**<br>**7521 S Honore Street**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |
| **Glenda Cousins**<br>**7521 S Honore Street**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |
| **Glenda Cousins**<br>**7521 S Honore Street**<br>**Chicago, IL 60620-5204**<br>**Debtor's mother** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |

Sheet 1 of 4 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re **Candice Cousins**                                                                         Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | NCO Financial Systems, Inc.<br>600 Holiday Plaza Drive<br>Suite 300<br>Matteson, IL 60443 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |

Sheet 2 of 4 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re   **Candice Cousins**                                                                 Case No. _____

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO BOX 21126<br>Philadelphia, PA 19114 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | City of Chicago Dept of Finance<br>33 N LaSalle Street<br>Suite 700<br>Chicago, IL 60602 |

Sheet 3 of 4 total sheets in Schedule of Codebtors

B6H (Official Form 6H) (12/07) - cont.

In re  **Candice Cousins**                                                                Case No. _____

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | City of Chicago Dept of Finance<br>33 N LaSalle Street<br>Suite 700<br>Chicago, IL 60602 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Glenda Cousins<br>7521 S Honore Street<br>Chicago, IL 60620-5204<br>Debtor's mother | Capital One Auto Finance<br>PO Box 60511<br>City of Industry, CA 91716-0511 |

Sheet 4 of 4 total sheets in Schedule of Codebtors

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1          **Candice Cousins**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1.  **Fill in your employment information.**

    If you have more than one job, attach a separate page with information about additional employers.

    Include part-time, seasonal, or self-employed work.

    Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | Acute dispatch coordinator | |
| **Employer's name** | | Fresenius Management Services | |
| **Employer's address** | | 920 Winter Street<br>Waltham, MA 02451 | |
| **How long employed there?** | | 5 years | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $        3,069.81 | $        N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$        2.33 | +$        N/A |
| 4. | Calculate gross income.  Add line 2 + line 3. | 4. | $        3,072.14 | $        N/A |

Debtor 1   **Candice Cousins**                                              Case number *(if known)* _____

|  |  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|

Copy line 4 here ..................................................... 4. $ **3,072.14** $ **N/A**

5. **List all payroll deductions:**

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ | 203.22 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ | 182.04 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ | 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ | 24.12 | $ N/A |
| 5e. | Insurance | 5e. | $ | 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ | 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ | 0.00 | $ N/A |
| 5h. | Other deductions. Specify: **Medical** | 5h.+ | $ | 97.62 | + $ N/A |
| | **Dental** | | $ | 10.76 | N/A |
| | **Vision** | | $ | 2.17 | N/A |
| | **Garnishment** | | $ | 242.57 | N/A |
| | **Ganishment** | | $ | 30.49 | N/A |
| | **Garnishment** | | $ | 160.98 | N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. 6. $ **953.97** $ **N/A**

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ **2,118.17** $ **N/A**

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. 8a. $ **0.00** $ **N/A**

8b. **Interest and dividends** 8b. $ **0.00** $ **N/A**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. 8c. $ **0.00** $ **N/A**

8d. **Unemployment compensation** 8d. $ **0.00** $ **N/A**

8e. **Social Security** 8e. $ **0.00** $ **N/A**

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: 8f. $ **0.00** $ **N/A**

8g. **Pension or retirement income** 8g. $ **0.00** $ **N/A**

8h. **Other monthly income.** Specify: _____ 8h.+ $ **0.00** + $ **N/A**

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. 9. $ **0.00** $ **N/A**

10. **Calculate monthly income.** Add line 7 + line 9. 10. $ **2,118.17** + $ **N/A** = $ **2,118.17**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies 12. $ **2,118.17**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes.   Explain: [                                                                                    ]

Fill in this information to identify your case:

Debtor 1 __**Candice Cousins**_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:  __NORTHERN DISTRICT OF ILLINOIS__

Case number _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J

## Schedule J: Your Expenses                                         12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☒ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**    ☒ No

    Do not list Debtor 1 and       ☐ Yes. Fill out this information for
    Debtor 2.                          each dependent...........
    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include**      ☒ No
    **expenses of people other than**  ☐ Yes
    **yourself and your dependents?**

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | |
|---|---|---|
| 4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 600.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a.  $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d.   Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.  Additional mortgage payments for your residence, such as home equity loans | 5.  $ | 0.00 |
| 6.  Utilities: | | |
| 6a.   Electricity, heat, natural gas | 6a.  $ | 0.00 |
| 6b.   Water, sewer, garbage collection | 6b.  $ | 0.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | 80.00 |
| 6d.   Other. Specify: _____ | 6d.  $ | 0.00 |

Debtor 1  **Candice Cousins**                                      Case number (if known)

| | | |
|---|---|---|
| 7. **Food and housekeeping supplies** | 7. $ | **350.00** |
| 8. **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. **Clothing, laundry, and dry cleaning** | 9. $ | **145.00** |
| 10. **Personal care products and services** | 10. $ | **55.00** |
| 11. **Medical and dental expenses** | 11. $ | **235.00** |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **0.00** |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **0.00** |
| 14. **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.  Life insurance | 15a. $ | **0.00** |
| 15b.  Health insurance | 15b. $ | **0.00** |
| 15c.  Vehicle insurance | 15c. $ | **0.00** |
| 15d.  Other insurance. Specify: | 15d. $ | **0.00** |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | **0.00** |
| 17. **Installment or lease payments:** | | |
| 17a.  Car payments for Vehicle 1 | 17a. $ | **0.00** |
| 17b.  Car payments for Vehicle 2 | 17b. $ | **0.00** |
| 17c.  Other. Specify: | 17c. $ | **0.00** |
| 17d.  Other. Specify: | 17d. $ | **0.00** |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | 18. $ | **0.00** |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a.  Mortgages on other property | 20a. $ | **0.00** |
| 20b.  Real estate taxes | 20b. $ | **0.00** |
| 20c.  Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e.  Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. **Other:** Specify: | 21. +$ | **0.00** |
| 22. **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | **1,465.00** |
| 23. **Calculate your monthly net income.** | | |
| 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,118.17** |
| 23b.  Copy your monthly expenses from line 22 above. | 23b. -$ | **1,465.00** |
| 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **653.17** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.                    Explain here:

B6 Declaration (Official Form 6 - Declaration). (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Candice Cousins**

Debtor(s)

Case No. _____

Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **49** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **December 27, 2013** _____

Signature _____

**Candice Cousins**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Candice Cousins**                                                  Case No. _____

_____ Debtor(s)                Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None


State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2013 Wages from Fresenius Management Services** |
| **$23,442.00** | **2012 Wages from Bio Medical Applications of Illinois** |
| **$9,081.00** | **2012 Wages from Fresenius Management Services** |
| **$22,643.00** | **2011 Wages from Bio Medical Applications of Illinois** |

---

**2. Income other than from employment or operation of business**

None


State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|
| **Capital One Auto Finance**<br>PO Box 60511<br>City of Industry, CA 91716-0511 | 12/17/13 - $375.24<br>11/27/13 - $375.24<br>10/27/13 - $375.24 | $1,125.72 | $12,287.28 |
| **401k loan**<br>N/A | 11/13 - $24.12<br>10/13 - $24.12<br>09/13 - $24.12 | $72.36 | $1,200.00 |

None ☒

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None ☒

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **HBLC, Inc., et al v. Cousins, Case #13 M1 10377** | **Garnishment** | **Richard J. Daley Center<br>50 West Washington Street<br>Courtroom 1102<br>Chicago, Illinois 60602** | **Order for<br>intallment<br>payments of<br>judgment** |
| **Indiana Dept of Revenue v. Cousins Case<br>#8947494** | **Garnishment** | **Marion County Circuit Court<br>200 E. Washington<br>Indianapolis, IN 46204** | **Tax lien** |
| **Hidden Creek Apartments v. Cousins, Case<br>#45D08-1006-SC-05278** | **Garnishment** | **Lake Superior Court, Cty. Div. II<br>2293 N. Main Street<br>Crown Point, IN 46307** | **Judgment** |

*   *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **US Dept of Educ Natl Pymt Ctr v. Cousins, Case #S346725202** | **Garnishment** | | **Judgment** |
| **AmeriCash Loans v. Cousins, Case #11628** | **Garnishment** | **Circuit Court of Cook County 50 W Washington Street Daley Center Chicago, IL 60602** | **Judgment** |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **U.S. Dept. of Educ. Natl Pymt Ctr PO Box 105081 Atlanta, GA 30348** | **UKN** | **Wages in the amount of $242.57** |
| **AmeriCash Loans LLC PO Box 184 Des Plaines, IL 60016** | **UNK** | **Wages in the amount of $30.49** |

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Capital One Auto Finance PO Box 60511 City of Industry, CA 91716-0511** | **05/13** | **2010 Nissan Sentra - $12287.28** |

**6. Assignments and receiverships**

None ☒  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)
4

### 7. Gifts

None ☒  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☒  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cricket Debt Counseling** | | |

### 10. Other transfers

None ☒  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☒  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **JP Morgan Chase** | **Checking Acct #0544** <br> **Final balance ($0.00)** | **July 12, 2012** |

B7 (Official Form 7) (04/13)
5

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Charter One Bank**<br>**45 W Roosevelt Rd**<br>**Lombard, IL 60148** | **Checking Acct #8938**<br>**Final balance ($0.00)** | **May 4, 2013** |
| **U.S. Bank**<br>**755 E Bolingbrook Rd**<br>**Bolingbrook, IL 60440** | **Checking Acct #7901**<br>**Final balance ($0.00)** | **October 6, 2008** |
| **Bank of America**<br>**4161 Piedmont Parkway**<br>**Greensboro, NC 27410** | **Checking Acct #0122**<br>**Final balance ($0.00)** | **July 5, 2011** |
| **US Bank**<br>**755 E Bolingbrook Rd**<br>**Bolingbrook, IL 60440** | **Checking Acct #7919**<br>**Final balance ($0.00)** | **October 6, 2008** |

---

**12. Safe deposit boxes**

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None ☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None ☒

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
⊠
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
⊠
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
⊠
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
⊠
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☒    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
☒    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None
☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

B7 (Official Form 7) (04/13)
8

---

**22 . Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December 27, 2013**                          Signature _____

**Candice Cousins**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Candice Cousinis** _____      Case No. _____
                                   Debtor(s)          Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**AmeriCash Loans LLC** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                 ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt                 ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**AmeriCash Loans LLC** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                 ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain  **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt                 ☐ Not claimed as exempt

### Property No. 3

| Creditor's Name:<br>**Capital One Auto Finance** | **Describe Property Securing Debt:**<br>**2010 Nissan Sentra** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☒ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt        ☐ Not claimed as exempt

### Property No. 4

| Creditor's Name:<br>**Genetos Retson & Yoon LLP** | **Describe Property Securing Debt:** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain **avoid lien using 11 U.S.C. § 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt        ☐ Not claimed as exempt

### Property No. 5

| Creditor's Name:<br>**HBLC, Inc.** | **Describe Property Securing Debt:** |
|---|---|

Property will be (check one):
- ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other. Explain **avoid lien using 11 U.S.C. § 522(f)** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☒ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Hidden Creek Apartments** | **Describe Property Securing Debt:** |

Property will be (check one):
  ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☒ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☒ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Indiana Dept of Revenue** | **Describe Property Securing Debt:** |

Property will be (check one):
  ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☒ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☒ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**QC Financial Services, Inc.** | **Describe Property Securing Debt:** |

Property will be (check one):
  ☐ Surrendered        ☒ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☒ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☒ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page 4

---

**Property No. 9**

| **Creditor's Name:**<br>**Steven Fink & Assoc. PC** | **Describe Property Securing Debt:** |
|---|---|

Property will be (check one):
☐ Surrendered              ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain **avoid lien using 11 U.S.C. § 522(f)**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☒ Claimed as Exempt                    ☐ Not claimed as exempt

---

**Property No. 10**

| **Creditor's Name:**<br>**U.S. Dept. of Educ. Natl Pymt Ctr** | **Describe Property Securing Debt:** |
|---|---|

Property will be (check one):
☐ Surrendered              ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

---

**Property No. 11**

| **Creditor's Name:**<br>**U.S. Dept. of Education Direct Loan** | **Describe Property Securing Debt:** |
|---|---|

Property will be (check one):
☐ Surrendered              ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 5

| Property No. 12 | |
|---|---|
| **Creditor's Name:**<br>**Van Ru Credit Corporation** | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **December 27, 2013** _____          Signature _____

**Candice Cousins**
Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Candice Cousins**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____    **94**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 27, 2013**   _____

_____
**Candice Cousins**
Signature of Debtor

Allied Interstate
3000 Corporate Exchange Dr Fl 5
Columbus, OH 43231-7689


AmeriCash Loans LLC
PO Box 184
Des Plaines, IL 60016


AmeriCash Loans LLC
3200 W 159th Street
Markham, IL 60428


Anderson Financial Network
PO Box 1247
Prospect, KY 40059


Armor Systems Corporation
1700 Kiefer Drive
Suite 1
Zion, IL 60099-5105


Ashley Vaughn
1105 Lakewood Drive
Macomb, IL 61455


ATG Credit
1700 W Cortland Street
Suite 201
Chicago, IL 60622


Bank of America NA
11333 McCormick Road
Hunt Valley, MD 21032


Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511


Chase Bank
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081

City of Chicago Dept of Finance
33 N LaSalle Street
Suite 700
Chicago, IL 60602


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Comenity Bank/ValCtyFr
PO Box 182789
Columbus, OH 43218-2273


Computer Credit, Inc.
640 West 4th St - PO Box 5238
Winston.Salem, NC 27113


Credit Collection Services
PO Box 9136
Needham Heights, MA 02494


Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225


Custom Coll Srvc Inc
55 E 86th Ave
Merrillville, IN 46410


Enterprise Recovery Systems, Inc.
2000 York Road
Suite 114
Oak Brook, IL 60523


FND Omaha
1620 Dodge Street
Omaha, NE 68197-0003


Gary Methodist Hospital Southlake C
8701 Broadway
Merrillville, IN 46410


GE Money Bank

GECRB/JCP
PO Box 965007
Orlando, FL 32896-5007


Genetos Retson & Yoon LLP
8585 Broadway
Suite 480
Merrillville, IN 46410


Glenda Cousins
7521 S Honore Street
Chicago, IL 60620-5204


HBLC, Inc.
2615 3 Oaks Road
Suite 1C2
Cary, IL 60013-6119


Hidden Creek Apartments
8118 International Drive
Crown Point, IN 46307


Illinois Collection Service
8231 185th Street
Tinley Park, IL 60487


Illinois Student Asst Commission
1755 Lake Cook Rd #K6
Deerfield, IL 60015-5215


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201

Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201

Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Illinois Tollway
PO Box 5201
Lisle, IL 60532-5201


Indiana Dept of Revenue


Internal Revenue Service
Centralized Insolvency Operations
PO BOX 21126
Philadelphia, PA 19114


JDT Medical Billing LTD
60007 Eagle Way
Chicago, IL 60678-1360


Medical Recovery Specialists LLC
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521


Medical Recovery Specialists LLC
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Merchants Credit Guide Co.
223 W Jackson Blvd
Suite 700
Chicago, IL 60606


Midland Credit Management, Inc.
PO Box 60578
Los Angeles, CA 90060-0578


Midland Funding
8875 Aero Drive
Suite 200
San Diego, CA 92123


MQC Collection Services, Inc.
PO Box 140700
Toledo, OH 43614


MRS BPO LLC
1930 Olney Avenue
Cherry Hill, NJ 08003


Nationwide Credit & Collection, Inc
P.O. Box 3159
Oakbrook, IL 60522-3159


Nationwide Credit & Collection, Inc
815 Commerce Drive
Suite 270
Oak Brook, IL 60523


Nationwide Credit & Collection, Inc
815 Commerce Drive
Suite 270
Oakbrook, IL 60522


Nationwide Credit & Collection, Inc
815 Commerce Drive
Suite 100
Oak Brook, IL 60523


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044

NCO Financial Systems, Inc.
600 Holiday Plaza Drive
Suite 300
Matteson, IL 60443


NCO Financial Systems, Inc.
PO Box 15618
Wilmington, DE 19850-5618


Nordstrom FSB
PO Box 13589
Scottsdale, AZ 85267-3589


Oak Park Physician Group
1730 Park Street
Suite 101
Naperville, IL 60563-1290


Partners In Womens Health
610 S Maple
Suite 3600
Oak Park, IL 60304


Penn Credit Corporation
PO Box 988
Harrisburg, PA 17104


PHEAA/SLMA
PO Box 2461
Harrisburg, PA 17105-2461


Portfolio Recovery Associates, LLC
PO Box 12914
Norfolk, VA 23541-0914


QC Financial Services, Inc.
8502 S Cicero
Burbank, IL 60459


Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306

Radiology Consultants, LTD
1730 Park Street
Suite 101
Naperville, IL 60563-1290


RGS Collections
PO BOX 852039
Richardson, TX 75085-2039


Robert Holloway
890 Foxworth Blvd
Apt #206
Lombard, IL 60148


Rush Oak Park ER Physicians
Department 4672
Carol Stream, IL 60122-4672


Rush Oak Park Hospital
26099 Network Place
Chicago, IL 60673-1260


Rush Oak Park Hospital
520 South Maple Avenue
Oak Park, IL 60304-0197


Rush Oak Park Hospital
Department 4667
Carol Stream, IL 60122-4667


Rush Oak Park Hospital ER Physician
Department 4672
Carol Stream, IL 60122-4672


Rush University Medical Center
1700 W Van Buren Street
Chicago, IL 60612-3244


Rush University Medical Group
75 Remittance Dr
Suite 1611
Chicago, IL 60675-1611

Rush University Medical Group
75 Remittance Dr Dept 1611
Chicago, IL 60675-1611


Sallie Mae
PO Box 9635
Wilkes Barre, PA 18773-9635


Sallie Mae
PO Box 9635
Wilkes Barre, PA 18773-9635


Sallie Mae
PO Box 9655
Wilkes Barre, PA 18773-9635


Sallie Mae
PO Box 9635
Wilkes Barre, PA 18773-9635


Sallie Mae
PO Box 9655
Wilkes Barre, PA 18773-9635


Sallie Mae
PO Box 9655
Wilkes Barre, PA 18773


Senex Services Corp
3500 DePauw Blvd
Suite 3050
Indianapolis, IN 46268-6135


Shining Smiles
210 N Bolingbrook Dr
Bolingbrook, IL 60440-2386


Southwest Credit
4120 International Pkwy
Suite 1100
Carrollton, TX 75007-1958


Sprint
PO BOX 660075
Dallas, TX 75266-0075

Stevem Fink & Assoc, PC
421 N Northwestern Hwy
Rm 201
Barrington, IL 60010


Steven Fink & Assoc. PC
421 N Northwest Hwy
Rm 201
Barrington, IL 60010


Synter Resource Group, LLC
PO Box 63247
5395 Rivers Avenue Suite 102
North Charleston, SC 29419-3247


U.S. Dept. of Educ. Natl Pymt Ctr
PO Box 105081
Atlanta, GA 30348


U.S. Dept. of Education Direct Loan
PO Box 5202
Greenville, TX 75403-5202


United Collection Bureau, Inc.
5620 Southwyck Blvd Ste 206
Toledo, OH 43614-1501


University Pathologists, PC
5620 Southwyck Blvd
Toledo, OH 43614-1501


US Dept of Ed/Gsl/Atl
PO Box 5609
Greenville, TX 75403-5609


US Dept of Edu AFSA
PO Box 7202
Utica, NY 13504-7202


US Dept of Education
PO Box 5609
Greenville, TX 75403-5609

US Dept of Education
PO Box 5609
Greenville, TX 75403-5609


US Dept of Education
PO Box 5609
Greenville, TX 75403-5609


US Dept of Education
PO Box 7202
Utica, NY 13504-7202


US Dept of Education
PO Box 5609
Greenville, TX 75403-5609


US Dept of Education
PO Box 5609
Greenville, TX 75403-5609


US Dept of Education
PO Box 5609
Greenville, TX 75403


US Dept of Education
PO Box 5609
Greenville, TX 75403


US Dept of Education
PO Box 5609
Greenville, TX 75403


US Dept of Education
PO Box 5609
Greenville, TX 75403


US Dept of Education
PO Box 5609
Greenville, TX 75403


Van Ru Credit Corporation
PO Box 1027
Skokie, IL 60076-8027

Van Ru Credit Corporation
Dept 96316
PO Box 1259
Oaks, PA 19456


Verizon Wireless
PO BOX 26055
Minneapolis, MN 55426-0055


Wells Fargo Education Financial Srv
PO Box 13667
Sacramento, CA 95853


White Hills Cash
PO Box 59527
Hays, MT 59527